**No. 68725.**—The Rembar Co., Inc., et al. *v.* United States, protests 61/14432, etc. (New York).

Opinion by FORD, J.  In accordance with stipulation of counsel that the merchandise consists of integral, necessary components of electrical X-ray apparatus

or instruments, which are not X-ray tubes or parts thereof, the claim of the plaintiffs was sustained.